IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARA D. STAFILATOS, Personal Representative of the Estate of THEODORE H. TSAMPIKOS | * * * * | Case No. 92311530 (MD) (1) Case No. 93-3402 |
| and | * * | |
| ESTHER TSAMPIKOS, Individually and as Surviving Spouse of THEODORE H. TSAMPIKOS Now Deceased | * * * * * | FILED    ENTERED LODGED    RECEIVED DEC – 6 2002 CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND BY _____ DEPUTY |
| Plaintiffs | * * | |
| v. | * * | |
| OWENS-ILLINOIS, GLASS CO., et al. | * * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

1. On Motion of Maria D. Stafilatos, for substitution in place of Esther Tsampikos, Surviving Spouse of Theodore H. Tsampikos, now deceased, it appearing to the Court that the said Esther Tsampikos died testate on September 14, 2000; that the claim asserted by her was not thereby extinguished; and that Maria D. Stafilatos has been duly appointed Personal Representative of the Estate of Esther Tsampikos, and is qualified and is acting as such.

**IT IS ORDERED,** that Maria D. Stafilatos, Personal Representative of the Estate of Esther Tsampikos, be substituted as Plaintiff herein in the place of Esther Tsampikos, Surviving Spouse of Theodore H. Tsampikos, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

1



_____
**JUDGE**

_11/26/02_
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

December 4, 2002

Felicia C. Cannon, Clerk
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
Edward A. Garmatz Federal Bldg.
And United States Courthouse
Baltimore, MD 21201-2690

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed are executed order(s) concerning the referenced litigation. Our Clerk's office is not maintaining the court records on the involved 90,000 actions. We are forwarding these orders to your office for summary entry on the individual dockets and distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7017.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Nicole Picariello
MDL Coordinator

Enclosure